Pursuant to the written stipulation of the parties a final decree was entered adjusting the conflicting rights of the parties as they had agreed to among themselves. No opinion.

MODIFIED.

[Decided April 8, 1897.]

## AMERICAN FIRE INSURANCE COMPANY *v.* FISHER.

APPEAL from Multnomah County.

Action by the American Fire Insurance Company against Adam Fisher to recover the amount of a promissory note. There was a judgment for plaintiff and defendant appealed.

No appearance for appellant.

*Messrs. Edward Mendenhall* and *John H. Hall*, for respondent.

It appearing that the appeal herein had been abandoned, it was, on motion, ordered that the judgment of the lower court stand affirmed. No opinion.

AFFIRMED.